**PREMIER CEMETERY SERVICE CORPORATION**     **51266**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Tommy L Wieringo, 318 Elm St, Abilene, TX 79602 | | | | | ***-**-4924 | Married/(none) | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 12/01/2016 - 12/15/2016 | | Pay Date: 12/16/2016 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,713.50 | 39,941.00 |
| Bonus | | | 0.00 | 216.57 |
| Retro Pay | | | 0.00 | 1,092.00 |
| | | | 1,713.50 | 41,249.57 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance Sec 125 | -134.26 | -134.26 |
| Dental Insurance Sec 125 | -9.99 | -9.99 |
| Vision Insurance Sec 125 | -3.85 | -3.85 |
| | -148.10 | -148.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -70.00 | -2,112.00 |
| Social Security | -97.05 | -2,548.29 |
| Medicare | -22.70 | -595.97 |
| | -189.75 | -5,256.26 |

| Net Pay | 1,375.65 | 35,845.21 |
|---|---|---|

Premier Cemetery Service Corporation, 625 Pioneer Trail, San Marcos, TX 78666

**PREMIER CEMETERY SERVICE CORPORATION** 51316

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Tommy L Wieringo, 2317 Westwood Drive, Abilene, TX 79603 | | | | | ***-**-4924 | Married/(none) | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 12/16/2016 - 12/31/2016 | | Pay Date: 01/01/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,713.50 | 1,713.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance Sec 125 | -134.26 | -134.26 |
| Dental Insurance Sec 125 | -9.99 | -9.99 |
| Vision Insurance Sec 125 | -3.85 | -3.85 |
| | -148.10 | -148.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -70.00 | -70.00 |
| Social Security | -97.05 | -97.05 |
| Medicare | -22.70 | -22.70 |
| | -189.75 | -189.75 |

| Net Pay | 1,375.65 | 1,375.65 |
|---|---|---|

Premier Cemetery Service Corporation, 625 Pioneer Trail, San Marcos, TX 78666

**PREMIER CEMETERY SERVICE CORPORATION**  **51127**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Tommy L Wieringo, 318 Elm St, Abilene, TX 79602 | | | | | ***-**-4924 | Married/(none) | Fed-3/0/TX-0/0 |
| | | | | | Pay Period: 11/01/2016 - 11/15/2016 | | Pay Date: 11/16/2016 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,713.50 | 36,514.00 |
| Retro Pay | | | 0.00 | 1,092.00 |
| | | | 1,713.50 | 37,606.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -89.00 | -1,953.00 |
| Social Security | -106.23 | -2,331.57 |
| Medicare | -24.85 | -545.29 |
| | -220.08 | -4,829.86 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,493.42 | 32,776.14 |

Premier Cemetery Service Corporation, 625 Pioneer Trail, San Marcos, TX 78666